People v Ficklin
2026 NY Slip Op 04110
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
TERRICK FICKLIN, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
524 KA 25-00438
Present: Whalen, P.J., Curran, Ogden, Greenwood, And Hannah, JJ.

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (TONYA PLANK OF COUNSEL), FOR DEFENDANT-APPELLANT.
BRIAN P. GREEN, DISTRICT ATTORNEY, ROCHESTER (MERIDETH H. SMITH OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered November 13, 2024. The judgment convicted defendant upon his plea of guilty of robbery in the second degree.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the second degree (Penal Law § 160.10 [1]). We affirm. As the People correctly concede, defendant's waiver of the right to appeal is invalid (see People v Small, — AD3d —, —, 2026 NY Slip Op 03560, *1 [4th Dept 2026]; see generally People v Thomas, 34 NY3d 545, 565-566 [2019], cert denied 589 US 1302 [2020]; People v Anderson, 243 AD3d 1286, 1286-1287 [4th Dept 2025], lv denied 44 NY3d 1064 [2026]), and therefore does not preclude our review of his challenge to the severity of the sentence (see People v Mendoza, 37 NY3d 1075, 1076 [2021]). We nevertheless conclude that the sentence is not unduly harsh or severe.
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court